**Order entered September 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00423-CR

**ZACKERY WILLIAMSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-47161-V**

## ORDER

The Court **GRANTS** appellant's September 26, 2016 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/    ADA BROWN
       JUSTICE